UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

**07 CIV 9380**

GETEX INVEST TRADING G.M.B.H.

<div style="margin-left:2em">Plaintiff,</div>

07 CV

-v-

**STATEMENT PURSUANT
TO F.R.C.P 7.1**

OCT 19 2007

OOO PKF SAMARA

<div style="margin-left:2em">Defendant.</div>

-----------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel of record for Plaintiff, GETEX INVEST TRADING G.M.B.H., certifies that there are no

corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
October 19, 2007

<div style="margin-left:6em">

CHALOS, O'CONNOR & DUFFY, L.L.P.
Attorneys for Plaintiff
GETEX INVEST TRADING G.M.B.H.

By: _____

George M. Chalos (GC-8693)
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Email: gmc@codus-law.com

</div>



OCT 19 2007
U.S.D.C. S.D.N.Y.
CASHIERS