CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GETEX INVEST TRADING G.M.B.H.            :
                                         :
                        Plaintiff,       :        **07-CV-9380**
                                         :
              v.                         :        **NOTICE OF**
                                         :        **APPEARANCE**
OOO PKF SAMARA                           :
                                         :
                                         :
                        Defendant.       :
------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel for Garnishee, Societe Generale New York

Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       November 13, 2007

                     CLARK, ATCHESON & REISERT
                     Attorneys for Garnishee
                     Societe Generale New York Branch

            By:   _____
                     Richard J. Reisert (RR-7118)
                     7800 River Road
                     North Bergen, NJ  07047
                     Tel: (201) 537-1200
                     Fax: (201) 537-1201
                     Email:  reisert@navlaw.com