UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GETEX INVEST TRADING G.M.B.H.

                  Plaintiff,              07 CV 9380 (GEL)

-v-

                                   **NOTICE OF VOLUNTARY**
                                   **DISMISSAL AND ORDER**

OOO PKF SAMARA
                  Defendant.
------------------------------------------------------------------x

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by plaintiff, GETEX INVEST TRADING G.M.B.H., as to defendant, OOO PKF SAMARA, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
       January 14, 2008

                                       CHALOS, O'CONNOR & DUFFY, LLP
                                       Attorneys for Plaintiff
                                       GETEX INVEST TRADING G.M.B.H.

                By: _____
                            George M. Chalos (GC-8693)
                            366 Main Street
                            Port Washington, New York 11050
                            Tel:   (516) 767-3600
                            Fax:  (516) 767-3605
                            Email: gmc@codus-law.com

SO ORDERED:

_____
Hon. Gerard E. Lynch, U.S.D.J.