USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
GETEX INVEST TRADING G.M.B.H.

                         Plaintiff,                  07 CV 9380 (GEL)

-v-

**NOTICE OF VOLUNTARY**
**DISMISSAL AND ORDER**

OOO PKF SAMARA
                      Defendant.
-------------------------------------------------------x

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by plaintiff, GETEX INVEST TRADING G.M.B.H., as to defendant, OOO PKF SAMARA, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
       January 14, 2008

                                      CHALOS, O'CONNOR & DUFFY, LLP
                                      Attorneys for Plaintiff
                                      GETEX INVEST TRADING G.M.B.H.

                        By: _____
                              George M. Chalos (GC-8693)
                              366 Main Street
                              Port Washington, New York 11050
                              Tel:  (516) 767-3600
                              Fax:  (516) 767-3605
                              Email: gmc@codus-law.com

SO ORDERED:

_____
Hon. Gerard E. Lynch, U.S.D.J.

6/20/08